# United States Court of Appeals
## For the First Circuit

————————————————

No. 13-1677

UNITED STATES,

Appellee,

v.

MARK JUDD, a/k/a Mark Jud,

Defendant, Appellant.

————————————————

Before

Torruella, Kayatta and Barron,
<u>Circuit Judges</u>.

————————————————

## JUDGMENT

Entered:   July 21, 2014

Defendant Mark Judd appeals from the 48-month sentence imposed by the district court following his guilty plea to six counts of a seventeen-count indictment for activities related to the unauthorized use of Social Security numbers that did not belong to the defendant.

We have carefully reviewed the record and the briefs of the parties.   We find that, on the present record, defendant's plea to aggravated identity theft was knowing, voluntary and intelligent. Appellant also was provided with the opportunity to provide a meaningful allocution.   The district court did not abuse its discretion when applying the guidelines for obstruction of justice, nor did it err in denying defendant an acceptance of responsibility adjustment or including three prior convictions in

defendant's criminal history calculations.

The judgment of the district court is affirmed.    1st Cir. Loc. R. 27.0(c).

Defendant's motion for bail pending appeal is denied as moot.


By the Court:

/s/ Margaret Carter, Clerk.


cc:
George F. Gormley
Daniel J. Perry
David B. Joyce
Margaret D. McGaughey
E. James Burke